UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**CR421-0049**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| DAMEON DUNCAN | ) Prohibited Person |

THE GRAND JURY CHARGES THAT:

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
4:45 PM
MAR 3 2021 20__
Deputy Clerk

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about May 7, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**DAMEON DUNCAN,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Glock 27 .40 caliber pistol and fifteen (15) .40 caliber rounds; all of which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A True Bill.

_____
Fore

_____
David H. Estes
Acting United States Attorney

_____
Joshua S. Bearden
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division